IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

      vs.

**BRYAN SIMS,**

    **Defendant.**            No.  11-cr-30219-DRH

**ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
(FINAL ORDER OF FORFEITURE)**

On March 15, 2012, this court entered an order for forfeiture against defendant Bryan Sims for the following property which had been seized from the defendant:

**One Compaq computer bearing serial number MEF6010WH5, including all internal components, including the hard drive.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning May 09, 2012, and ending June 7, 2012, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on

March 15, 2012, namely:

> **One Compaq computer bearing serial number MEF6010WH5, including all internal components, including the hard drive.**

The United States Secret Service or the United States Marshal shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the United States Marshal or the United States Secret Service.

**IT IS SO ORDERED**.

Signed this 26th day of July, 2012.

David R. Herndon
2012.07.26
21:12:49 -05'00'

**Chief Judge**
**United States District Court**